IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | CV 20-81-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| DON WYRICK LIVING TRUST, DON WYRICK, DON WYRICK AS TRUSTEE OF THE DON WYRICK LIVING TRUST, LAZY YL CATTLE, LLC, and JASON BOLLINGER, | |
| Defendants. | |

Upon the Plaintiff Mountain West Farm Bureau Mutual Insurance Company's Response to Order to Show Cause (Doc. 7), and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ___8th___ day of April, 2021.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Judge

1